STATE OF NEW JERSEY v. JAMES HODGE.

May 12, 1986.

This matter having been duly presented to the Court, and the Court having determined that the statutory appeal of right

granted to the prosecutor under *N.J.S.A.* 2C:44–1(f)(2) to review certain sentencing decisions does not create a right to appeal pursuant to *Rule* 2:2–1(a)(4) to the Supreme Court from an Appellate Division revision of a trial court sentence;

It is therefore ORDERED that the motion of the defendant-respondent to dismiss plaintiff's appeal is granted.

Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN join in this Order.

Chief Justice WILENTZ did not participate.